40,953-04

RE: WR-40-953-03
TRIAL: 07-03-12326-A

WR 40-953-04
TRIAL 08-02-12777-A

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 24 2015

Abel Acosta, Clerk

March 19th 2015

MOTION DISMISSED
DATE: 3-25-15
BY: P.C.

Dear Clerk,

Enclosed is a motion to withdraw the 1st petition of Habeas Corpus due to the fact a outside Legal Aid group filed without my consent, without my signature, and is why I filed an Amends Writ on April 2012.

Time Date stamp for my records, the carbon copy.

I thank you in advance

Your Humble servant

Respectfully

Ricky Strickle 1594772
Robertson Unit
12071 FM 3522
Abilene, TX 79601

| | | |
|---|---|---|
| Ricky Lee Stroble<br>pro-se | § | COURT OF |
| | | CRIMINAL APPEARS |
| ✓ | § | |
| STATE | § | Austin, Texas |

## MOTION TO WITHDRAW HABeas Corpus

Now Comes RICKY Lee Stroble 1594772 pro-se and asks the Honorable Court to Withdraw his oringial Habeas Corpus filed on 1-25-2012 and would show the Court th Following:

1. An OUTSIDE LEGAL AID group pre-paired the oringal Writ and mailed it in for STROBLE WITHOUT me signing, and without Concent

2. STROBLE Filed a Amend WRIT in April 2012 due to the Actions of the Company called "Legal Aid ad of Penex Aringa"

3. STROBLE was under persumsion that the WRIT OF HABEAUS CORPUS WAS still in front of the Honorable Court because STROBLE WAS <u>Never</u> issued or recieved a Write Card, or a dismissal letter from the Court of Criminal Appeals Stating it has been dismissed due to the fact it was filed before Mandate was issued in March 2012

4. STROBLE had made many attempts and inquiries to the pending case(s), but WAS never told of the dismissal.

5. STROBLE has filed for Appointment of Counsel (dismissed) but was NEVER told that the WRIT had been dismissed.

6. STROBLE had filed a Motion to Stay Abeyance again (dismissed) Never told that the Writ was dismissed.

## PRAYER

For the foregoing reason(s) STROBLE PRAYS that the court should withdraw the original Habaus Corpus due to the Facts listed above, and execept a New writ of Habaus Corpus

Respectfully

RICKY STROBLE 1594772

## Unsworn Declartion

I Ricky Stroble 1594772 pro se, being in Prison at the French M Robertson Unit in Jones County Texas do hereby verify under penalty of perjury that the foregoing is true and correct as well as offered in "GOOD FAITH"

executed on this the 19th day of March 2015

RICKY STROBLE 1594772
Robertson Unit
12071 FM 3522
Absley TX 79601

(2)

Ricky Lee Stoble              §         COURT   OF
      pro-se
                                        CRIMINAL APPEALS
      ✓                       §

STATE                         §         Austin , Texas


## MOTION TO WITHDRAW HABEAS Corpus

Now Comes RICKY Lee Stoble 1594772 pro-se and asks
the Honorable Court to withdraw his oringial Habeas Corpus
filed on 1-25-2012 and would show the Court th following:

1. An OUTSIDE LEGAL AID group prepared
   the oringial writ and mailed it in for
   Stoble WITHOUT me signing, and without consent
2. STOBLE filed a Amend WRIT in April 2012
   due to the Actions of the Company called
   Legal Aid out of Penix Aringa
3. STOBLE was under persuasion that the
   WRIT OF HABEAUS CORPUS was still in front of
   the Honorable Court because STOBLE WAS
   Never issued or recieved a Write lord , or a
   dismissal letter from the Court of Criminal Appeals
   stating it has been dismissed due to the fact
   it was filed before Mandate was issued in March 2012
4. STOBLE had made many attempts and enquires
   to the pending case(s), but was never told of the
   dismissal.

(1)

5. STROBIE has filed for Appointment of Counsel (dismissed) but was NEVER told that the WRIT had been dismissed.

6. STROBIE had filed a Motion to Stay Abeyance again (dismissed) Never told that the Writ was dismissed.

## PRAYER

For the foregoing reason(s) STROBIE PRAYS that the court should withdraw the original Habaus Corpus due to the Facts listed above, and except a New Writ of Habaus Corpus

Respectfully

RICKY STROBIE 1594772

## Unsworn Declaration

I Ricky Stroble 1594772 pro se being in Prison at the French M Robertson Unit in Jones, County Texas do hereby verify under penalty of perjury that the foregoing is true and correct as well as offered in "GOOD FAITH"

executed on this the 19th day of March 2015

RICKY STROBIE 1594772
Robertson Unit
12071 FM 1522
Ableny TX 79601

(2)